11 WEST 42ND STREET SUITE 900
NEW YORK NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY - Southport, CT*

10 SPRUCE STREET
SOUTHPORT CT 06890
(203) 254-8474
FAX (203) 254-1641

WWW.TISDALE-LAW.COM

June 29, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07

RECEIVED
JUN 29 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**MEMO ENDORSED**

<u>Via Facsimile 212 805 7917</u>
Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10036

Re:   Perseverenza di Navigazione SPA v. Source Link Shipping Co. Ltd.
      Docket Number: 07 Civ. 3091
      Our Reference Number: 07-99-1668

Honorable Sir:

We are attorneys for the Plaintiff, Perseverenza di Navigazione SPA, in the above-captioned matter. In the first instance, we write to apologize for having failed to attend the conference that was scheduled for Wednesday, June 20, 2007. My colleague, Ms. Davies, had advised me of the matter before she left on her vacation. I was called to attend a meeting overseas last week and failed to note the new entry in my diary. Please accept my apologies.

Since this matter was filed, we have continued to serve our Writ of Maritime Attachment and Garnishment on the various banks but have been unable to locate any property within the district. We have attached $526,152.24. This is split among various claimants in different cases. We continue to serve the banks.

We respectfully request that the Pre-Trial Conference be adjourned for another 90 days, during which time we should have a better understanding of the Defendant's prospects of continuing in operation.

*Application granted.*
*Pre-Trial conference*
*adjourned to 9/20/07 at*
*9:30 AM.*
*So ordered*
*[signature]*
*7/9/07*

2

We appreciate the court's indulgence in this matter and again apologize for any inconvenience caused by our failure to attend last week's conference.

Respectfully yours,

Thomas L. Tisdale

dk

2