11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT CT 06890
(203) 254-8474
FAX (203) 254-7641

TL@TISDALE-LAW.COM

New York, NY · Southport, CT

WWW.TISDALE-LAW.COM

**MEMO ENDORSED**

RECEIVED
SEP 17 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

September 17, 2007

<u>Via Facsimile 212 805 7917</u>
Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

Re: Perseveranza di Navigazione SPA v. Source Link Shipping Co. Ltd.
Docket Number: 07 Civ. 3091
Our Reference Number: 07-99-1668

Honorable Sir:

We are attorneys for the Plaintiff in the above caption matter. There has been no appearance by the Defendant. We are writing to respectfully request a ninety (90) day adjournment of the pre-trial conference which is scheduled for September 20, 2007.

This is a matter in which the Plaintiffs are seeking to attach the assets of the Defendant within the jurisdiction pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. We have been serving various banks with process of maritime attachment and garnishment since this action was instituted on April 17, 2007. This is one of approximately six actions pending in the United States District Court for the Southern District of New York against these Defendants. The parties collectively have attached a total of $526,152.24 which they will most likely share on a pro-rata basis. The parties continue to serve process on the banks hoping to catch further assets of the Defendants.

The pre-trial conference which was scheduled for June 20, 2007 was adjourned at the writer's request until September 20, 2007. We respectfully request that we be granted a further adjournment so that we may coordinate our efforts with other counsel and further our attempts to secure our client's claims.

*Application granted.*
*Pre trial conference adjourned*
*to 12/20/07 at 9:30 A.M.*
*So ordered.*
*9/17/07  Robert P. Patterson*

    We appreciate Your Honor's indulgence in this regard and await your earliest advises.

Respectfully yours,

*Thomas L. Tisdale*

Thomas L. Tisdale

mt