# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@TISDALE-LAW.COM

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

WWW.TISDALE-LAW.COM

RECEIVED DEC 19 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

December 19, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

*Via facsimile - 212-805-7917*
Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10036

Re:  Perseveranza di Navigazione SPA v. Source Link Shipping Co. Ltd.
     Docket Number: 07 Civ. 3091
     Our Reference Number: 07-99-1668

Honorable Sir:

We are attorneys for the Plaintiffs in the above captioned matter and we are writing to respectfully request an adjournment of the conference which is scheduled for tomorrow December 20, 2007. We apologize for writing so late.

Since our last correspondence, Your Honor has granted our request to amend a complaint and to increase the ex parte order. We continue to serve the Defendants but have been unable to locate any additional property within the jurisdiction. Counsel for other Plaintiffs in other actions against Source Link have been discussing how to conclude these matters and hope to have them all resolved within the next 90 days. Therefore, respectfully request that the Pre-Trial Conference scheduled for tomorrow be adjourned for 90 days.

We appreciate Your Honors indulgence in this request.

Respectfully yours,

Thomas L. Tisdale

mt

*MEMO ENDORSED*

Application Granted
Conference adjourned to March 19, 2008 at 9:30a
So ordered
[signature] USDJ
12/19/07