# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

*New York, NY - Southport, CT*

WWW.TISDALE-LAW.COM

## MEMO ENDORSED

RECEIVED JUN 18 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

June 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/18/08

*Via facsimile -212-805-7917*
Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10036

Re: Perseverenza di Navigazione SPA v. Source Link Shipping Co. Ltd.
Docket Number: 07 Civ. 3091
Our Reference Number: 07-99-1668

Honorable Sir:

We are attorneys for the Plaintiffs in the above captioned matter. We are writing to respectfully request an adjournment of the Pretrial Conference scheduled for Thursday, June 19, 2008.

Since our last correspondence, we have arranged a universal settlement of this dispute among counsel with other attachments against Source Link's assets in New York. The funds are being collected and distributed and, once accomplished, we will be filing a Voluntary Dismissal Without Prejudice, since we will have only received a small portion of our claim. Based upon the foregoing, we respectfully request that your Honor adjourn the Pretrial Conference for another 60 days during which time we expect to file the dismissal.

Thank you for your attention.

Respectfully submitted,

Thomas L. Tisdale

mt

*Application granted.*
*Pretrial Conference adjourned to 8/19/08 at 9:30 AM*
*6/18/08*
*Robert P Patterson*