11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

## MEMO ENDORSED

August 12, 2008

RECEIVED AUG 12 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

*Via facsimile -212-805-7917*
Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10036

Re:   Perseverenza di Navigazione SPA v. Source Link Shipping Co. Ltd.
      Docket Number: 07 Civ. 3091
      Our Reference Number: 07-99-1668

Honorable Sir:

We are attorneys for the Plaintiffs in the above captioned matter. We are writing to respectfully request an adjournment of the Pretrial Conference scheduled for Tuesday, August 19, 2008.

Since our last correspondence, we have arranged a universal settlement of this dispute among counsel with other attachments against Source Link's assets in New York. We have contacted our client to request authority to dismiss the without prejudice. Based upon the foregoing, we respectfully request that your Honor adjourn the Pretrial Conference for a 30-day adjournment, during which time we expect to receive authority to file the dismissal.

We appreciate your Honor's indulgence in this request.

Respectfully submitted,

*Thomas Tisdale* (signature)

Thomas L. Tisdale

dk

*[Handwritten endorsement:]* application granted in part. Pre-trial Conference adjourned to 9/10/08 at 9:30 am
8/12/08
So ordered
Robt P Patterson
USDJ.